IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES SHEPPARD, JR.,

      Plaintiff,

   v.

KAREN HANNAH and
NICOLE BROWN,[1]

      Defendants.

ORDER

Case No.  26-cv-464-wmc

In an order entered on June 29, 2026, plaintiff Charles Sheppard, Jr. was granted leave to proceed against defendants Karen Hannah and Nicole Brown.  The Wisconsin Department of Justice filed a notice indicating that it does not appear on behalf of defendant Karen Hannah. Because plaintiff paid the full $405 filing fee, he is not proceeding *in forma pauperis*, which means that 28 U.S.C. § 1915(d) does not require that the court effect service on his behalf. Rather, I am directing the clerk's office to forward the summons, complaint and a copy of the court's June 30, 2026, screening order to the plaintiff to serve on defendant  Karen Hannah following a method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit."

ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons, a copy of the complaint, and the court's June 29, 2026, screening order to plaintiff to arrange for service

---

[1] I have changed the first name of Nancy Brown in the case caption to Nicole Brown as listed in the Acceptance of Service at dkt. 8.

on defendant Karen Hannah. Plaintiff is to promptly serve defendant Karen Hannah and file

proof of service as soon as service has been accomplished.

Entered this 11th day of August, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

2